In the Matter of the Arbitration between HARRY A. KAHN, and ERNEST KAHN and WILLIAM KAHN, as Trustee.— Motion for leave to appeal to the Court of

Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 761.] Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.